# EXHIBIT A

**Plaintiff Riley Brown's**
**Witness List Served**
**2/18/2015**

## Plaintiffs' Expert Witnesses

| LAST | FIRST | ADDRESS | PHONE # | DESCRIPTION |
|------|-------|---------|---------|-------------|
| Tackett | Randall | University of Georgia, Athens, GA 30602 | (706) 542-5415 | Pharmacologist and Toxicologist – Liability and Damages |
| Tseng | Scheffer | 7000 SW 97 Ave., Miami, FL 33156 | (305) 661-2215 | Ocular Surgeon – Liability and Damages |
| Hyland | Carol | 4120 Canyon Road, Lafayette, CA 94549 | (925)283-6702 | Rehabilitation Consultant - Damages |
| Bunin | Royal | 300 East Lancaster Ave., Wynnewood, PA 19096 | (610) 642-4787 | Economist - Damages |

## Damages Witnesses Plaintiffs Intend to Call in Case-in-Chief

| LAST | FIRST | ADDRESS | PHONE # | DESCRIPTION |
|------|-------|---------|---------|-------------|
| Brown | Kristin | 521 Pinellas Bayway South #408 St. Petersburg, FL 33715 | (727)798-9523 | Mother |
| Brown | Paul | 3018 Jackson Street N St. Petersburg, FL 33704 | (330)503-8903 | Father |
| Brown | Riley | 521 Pinellas Bayway South #408 St. Petersburg, FL 33715 | (727)798-9523 | Minor Child |
| Brown | Ruby | 521 Pinellas Bayway South #408 St. Petersburg, FL 33715 | (727)798-9523 | Sister |
| Lucarell | Rose | 521 Pinellas Bayway South #408 St. Petersburg, FL 33715 | (727)902-3402 | Grandmother |
| Mendelblatt | David | 600 6th Street S St. Petersburg, FL 33701 | (727)822-6763 | Ophthalmologist |
| Dwyer | James | 10537 State Rd. 54 New Port Richey, FL 34655 | (727)376-8404 | Pediatrician |
| Gallant | Michael | 601 5th Street St. Petersburg, FL 33701 | (727)767-8917 | Plastic Surgeon |
| Major | Catherine | 501 6th Ave. St. Petersburg. FL 33701 | (727)7674243 | Pediatrician |
| Sleasman | John | 601 5th Street St. Petersburg, FL 33701 | (727)767-4150 | Allergist/Immunologist |
| Messina | Allison | 601 5th Street St. Petersburg, FL 33701 | (727)767-4150 | Infectious Disease |
| Hess | Derek | 601 5th Street St. Petersburg, FL 33701 | (727)767-4393 | Ophthalmologist |
| Tseng | Dr. Scheffer | 7000 SW 97th Ave Suite 213 Miami, FL 33173 | (305)274-1299 | Ophthalmologist |
| Mitchell | Paul | 10537 State Rd. 54 New Port Richey, FL 34655 | (727)376-8404 | Pediatrician |

**Damages Witnesses Plaintiffs Reserve the Right to Call as Rebuttal Witnesses or for Punitive Damages**

| LAST | FIRST | ADDRESS | PHONE # | DESCRIPTION |
|---|---|---|---|---|
| Lucarell | Philip | 521 Pinellas Bayway South #408 St. Petersburg, FL 33715 | (727)902-3402 | Grandfather |
| Wilk | Linda | 9045 Penelope Dr Weeki Wachee, FL 34613 | (352)596-0937 | Grandmother |
| Wilk | Walter | 9045 Penelope Dr Weeki Wachee, FL 34613 | (352)596-0937 | Grandfather |
| Brown | Jean | 458 Secrist Ln Girard, OH 44420 | (330)539-4601 | Grandmother |
| Brown | Ronald | 458 Secrist Ln Girard, OH 44420 | (330)539-4601 | Grandfather |
| Morrison | Dr. Russell | 6765 Kyle Ridge Pt Canfield, OH 44406 | (330)717-9566 | Great Uncle |
| Adams | Dr. Jeffrey | 5436 Los Palos Dr. New Port Richey, FL 34655 | (727)267-2153 | Family Friend |
| Persaud | Tiffany | 6941 Hood Street Hollywood, Florida | (954)454-3600 | Child with Motrin induced SJS/TEN |
| Maya | Brianna | 114 Rolling Meadows Drive Martin, Tennessee | (731)587-3046 | Child with Motrin induced SJS/TEN |
| Maya | Alicia | 114 Rolling Meadows Drive Martin, Tennessee | (731)587-3046 | Mother of Child with Motrin induced SJS/TEN |
| Zuniga | Danny | 17 S. Fourth Street Apt#1 Aurora, IL 60505 | (630) 290 3356 | Child with Motrin induced SJS/TEN |
| Gorsky | Alex | Johnson & Johnson 1 Johnson & Johnson Plaza New Brunswick, NJ 08933 |  | CEO, Johnson & Johnson and Will Speak to Net Worth of McNeil-PPC. |
| Caruso | Dominic J. | Johnson & Johnson 1 Johnson & Johnson Plaza New Brunswick, NJ 08933 |  | CFO, Johnson & Johnson and Will Speak to Net Worth of McNeil-PPC. |
| Dolskaya | Elena | 6450 38th Ave N #200 St. Petersburg, FL 33710 | (727)344-6060 | Gynecologist |
| Hildebrand | Kelly | 601 5th Street St. Petersburg, FL 33701 | (727)767-4150 | Pediatrician |
| Cooper | David | 880 6th Street S, Suite 370 St. Petersburg, FL 33701 | (727)892-4755 | Pediatric Cardiologist |

**Liability Witnesses Plaintiffs May Call in Their Case-In-Chief**

| LAST | FIRST | ADDRESS | PHONE # | DESCRIPTION |
|---|---|---|---|---|
| Baggish | Jeffrey S. | Home Address: 240 Kerry Ln, Blue Bell, PA 19422 – Distance 20 miles<br><br>Corp. Address:   1020 First Ave., King of Prussia, PA 19406 – Distance 30 miles |  | Global Medical Information Group Employee |

| Beckhoff | Sandra | 7050 Camphill Road<br>Fort Washington, PA 19034<br>Johnson & Johnson Legal<br>Department<br>1 Johnson & Johnson Plaza<br>New Brunswick, NJ 08933<br>J&J Pharm<br>100 Tournament Dr.<br>Horsham, PA 19044 | | McNeil and Johnson &<br>Johnson<br>Corporate Employee |
| Christensen | Robert | 7050 Camphill Road<br>Fort Washington, PA 19034<br>Johnson & Johnson Legal<br>Department<br>1 Johnson & Johnson Plaza<br>New Brunswick, NJ 08933<br>J&J Pharm<br>100 Tournament Dr.<br>Horsham, PA 19044 | | McNeil and Johnson &<br>Johnson<br>Corporate Employee |
| Copaken | Julie | 7050 Camphill Road<br>Fort Washington, PA 19034<br>Johnson & Johnson Legal<br>Department<br>1 Johnson & Johnson Plaza<br>New Brunswick, NJ 08933<br>J&J Pharm<br>100 Tournament Dr.<br>Horsham, PA 19044 | | McNeil and Johnson &<br>Johnson<br>Corporate Employee |
| Cullen | Jennifer | 7050 Camphill Road<br>Fort Washington, PA 19034<br>Johnson & Johnson Legal<br>Department<br>1 Johnson & Johnson Plaza<br>New Brunswick, NJ 08933<br>J&J Pharm<br>100 Tournament Dr.<br>Horsham, PA 19044 | | McNeil and Johnson &<br>Johnson<br>Corporate Employee |
| DeLaurentis | Shelly | 7050 Camphill Road<br>Fort Washington, PA 19034<br>Johnson & Johnson Legal<br>Department<br>1 Johnson & Johnson Plaza<br>New Brunswick, NJ 08933<br>J&J Pharm<br>100 Tournament Dr.<br>Horsham, PA 19044 | | McNeil and Johnson &<br>Johnson<br>Corporate Employee |
| Denisco | Mary. J | 7050 Camphill Road<br>Fort Washington, PA 19034<br>Johnson & Johnson Legal<br>Department<br>1 Johnson & Johnson Plaza<br>New Brunswick, NJ 08933<br>J&J Pharm<br>100 Tournament Dr.<br>Horsham, PA 19044 | | McNeil and Johnson &<br>Johnson<br>Corporate Employee |

| | | | | |
|---|---|---|---|---|
| Fallon | Kathleen | 7050 Camphill Road<br>Fort Washington, PA 19034<br>Johnson & Johnson Legal<br>Department<br>1 Johnson & Johnson Plaza<br>New Brunswick, NJ 08933<br>J&J Pharm<br>100 Tournament Dr.<br>Horsham, PA 19044 | | McNeil and Johnson &<br>Johnson<br>Corporate Employee |
| Gooch-Fouchard | Crystal | Chicago, IL | | Walgreens Employee |
| Fox | Tiziana | 7050 Camphill Road<br>Fort Washington, PA 19034<br>Johnson & Johnson Legal<br>Department<br>1 Johnson & Johnson Plaza<br>New Brunswick, NJ 08933<br>J&J Pharm<br>100 Tournament Dr.<br>Horsham, PA 19044 | | McNeil and Johnson &<br>Johnson<br>Corporate Employee |
| Gaffney | Beth | Home Address:   420 Drayton<br>Rd, Oreland, PA 19075 –<br>Distance 10 miles<br><br>Corp. Address:   920 Harvest Dr.,<br>Suite 200, Blue Bell, PA 91422 –<br>Distance 20 miles | | Unknown Employer at present |
| Gelotte | Cathy | 7050 Camphill Road<br>Fort Washington, PA 19034<br>Johnson & Johnson Legal<br>Department<br>1 Johnson & Johnson Plaza<br>New Brunswick, NJ 08933<br>J&J Pharm<br>100 Tournament Dr.<br>Horsham, PA 19044 | | McNeil and Johnson &<br>Johnson<br>Corporate Employee |
| Harlow | Hina | 7050 Camphill Road<br>Fort Washington, PA 19034<br>Johnson & Johnson Legal<br>Department<br>1 Johnson & Johnson Plaza<br>New Brunswick, NJ 08933<br>J&J Pharm<br>100 Tournament Dr.<br>Horsham, PA 19044 | | McNeil and Johnson &<br>Johnson<br>Corporate Employee |
| Hashemi | Shideh | 7050 Camphill Road<br>Fort Washington, PA 19034<br>Johnson & Johnson Legal<br>Department<br>1 Johnson & Johnson Plaza<br>New Brunswick, NJ 08933<br>J&J Pharm<br>100 Tournament Dr.<br>Horsham, PA 19044 | | McNeil and Johnson &<br>Johnson<br>Corporate Employee |

| Krueger, M.D. | Gerald | 30 North 1900 East 4A330 School of Medicine Salt Lake City, UT 84132 | (801)581-6465 | Professor of Dermatology University of Utah. Deposed 4/1/09. |
|---|---|---|---|---|
| Kuffner | Edwin | 7050 Camphill Road Fort Washington, PA 19034 Johnson & Johnson Legal Department 1 Johnson & Johnson Plaza New Brunswick, NJ 08933 J&J Pharm 100 Tournament Dr. Horsham, PA 19044 | | McNeil and Johnson & Johnson Corporate Employee |
| Kwong, M.D. | Kenneth | 7050 Camphill Road Fort Washington, PA 19034 Johnson & Johnson Legal Department 1 Johnson & Johnson Plaza New Brunswick, NJ 08933 J&J Pharm 100 Tournament Dr. Horsham, PA 19044 | | McNeil and Johnson & Johnson Corporate Employee |
| McEvoy | Ashley | 7050 Camphill Road Fort Washington, PA 19034 Johnson & Johnson Legal Department 1 Johnson & Johnson Plaza New Brunswick, NJ 08933 J&J Pharm 100 Tournament Dr. Horsham, PA 19044 | | McNeil and Johnson & Johnson Corporate Employee |
| Pagsuyian | Willie | 7050 Camphill Road Fort Washington, PA 19034 Johnson & Johnson Legal Department 1 Johnson & Johnson Plaza New Brunswick, NJ 08933 J&J Pharm 100 Tournament Dr. Horsham, PA 19044 | | McNeil and Johnson & Johnson Corporate Employee |
| Patel | Hiral | 7050 Camphill Road Fort Washington, PA 19034 Johnson & Johnson Legal Department 1 Johnson & Johnson Plaza New Brunswick, NJ 08933 J&J Pharm 100 Tournament Dr. Horsham, PA 19044 | | McNeil and Johnson & Johnson Corporate Employee |

| Pawelski | Lynn | 7050 Camphill Road<br>Fort Washington, PA 19034<br>Johnson & Johnson Legal Department<br>1 Johnson & Johnson Plaza<br>New Brunswick, NJ 08933<br>J&J Pharm<br>100 Tournament Dr.<br>Horsham, PA 19044 | | McNeil and Johnson & Johnson<br>Corporate Employee |
| Silber | Stephen | 7050 Camphill Road<br>Fort Washington, PA 19034<br>Johnson & Johnson Legal Department<br>1 Johnson & Johnson Plaza<br>New Brunswick, NJ 08933<br>J&J Pharm<br>100 Tournament Dr.<br>Horsham, PA 19044 | | McNeil and Johnson & Johnson<br>Corporate Employee |
| Temple, M.D. | Anthony | 7050 Camphill Road<br>Fort Washington, PA 19034<br>Johnson & Johnson Legal Department<br>1 Johnson & Johnson Plaza<br>New Brunswick, NJ 08933<br>J&J Pharm<br>100 Tournament Dr.<br>Horsham, PA 19044 | | McNeil and Johnson &Johnson<br>Corporate Employee |
| Wagner-Weber | Vicky | 7050 Camphill Road<br>Fort Washington, PA 19034<br>Johnson & Johnson Legal Department<br>1 Johnson & Johnson Plaza<br>New Brunswick, NJ 08933<br>J&J Pharm<br>100 Tournament Dr.<br>Horsham, PA 19044 | | McNeil and Johnson &Johnson<br>Corporate Employee |
| Zone, M.D. | John | 30 North 1900 East<br>4A330<br>School of Medicine<br>Salt Lake City, UT 84132 | (801)581-6465 | Chairman and Professor of Dermatology<br>University of Utah<br>Deposed 4/1/09 |

### Liability Witnesses Plaintiffs Reserve the Right to Call as Rebuttal Witnesses or for Punitive Damages

| LAST | FIRST | ADDRESS | PHONE # | DESCRIPTION |
|---|---|---|---|---|
| Bass | Brenda | 7050 Camphill Road<br>Fort Washington, PA 19034<br>Johnson & Johnson Legal | | McNeil and Johnson & Johnson<br>Corporate Employee |

6

| Baylor-Henry | Minnie | 7050 Camphill Road Fort Washington, PA 19034 Johnson & Johnson Legal Department 1 Johnson & Johnson Plaza New Brunswick, NJ 08933 J&J Pharm 100 Tournament Dr. Horsham, PA 19044 | | McNeil and Johnson & Johnson Corporate Employee |
|---|---|---|---|---|
| Bell | Peter | 7050 Camphill Road Fort Washington, PA 19034 Johnson & Johnson Legal Department 1 Johnson & Johnson Plaza New Brunswick, NJ 08933 J&J Pharm 100 Tournament Dr. Horsham, PA 19044 | | McNeil and Johnson & Johnson Corporate Employee |
| Carr | Nick | 7050 Camphill Road Fort Washington, PA 19034 Johnson & Johnson Legal Department 1 Johnson & Johnson Plaza New Brunswick, NJ 08933 J&J Pharm 100 Tournament Dr. Horsham, PA 19044 | | McNeil and Johnson & Johnson Corporate Employee |
| Chester | Vivian | 7050 Camphill Road Fort Washington, PA 19034 Johnson & Johnson Legal Department 1 Johnson & Johnson Plaza New Brunswick, NJ 08933 J&J Pharm 100 Tournament Dr. Horsham, PA 19044 | | McNeil and Johnson &Johnson Corporate Employee |
| Chuen | Yee | 7050 Camphill Road Fort Washington, PA 19034 Johnson & Johnson Legal Department 1 Johnson & Johnson Plaza New Brunswick, NJ 08933 J&J Pharm 100 Tournament Dr. Horsham, PA 19044 | | McNeil and Johnson & Johnson Corporate Employee |
| Collins | David | 7050 Camphill Road Fort Washington, PA 19034 Johnson & Johnson Legal Department 1 Johnson & Johnson Plaza New Brunswick, NJ 08933 J&J Pharm 100 Tournament Dr. Horsham, PA 19044 | | McNeil and Johnson & Johnson Corporate Employee |

| Corboy | Carrie | 7050 Camphill Road Fort Washington, PA 19034 Johnson & Johnson Legal Department 1 Johnson & Johnson Plaza New Brunswick, NJ 08933 J&J Pharm 100 Tournament Dr. Horsham, PA 19044 | | McNeil and Johnson & Johnson Corporate Employee |
|---|---|---|---|---|
| Gardiner | Margarita | 7050 Camphill Road Fort Washington, PA 19034 Johnson & Johnson Legal Department 1 Johnson & Johnson Plaza New Brunswick, NJ 08933 J&J Pharm 100 Tournament Dr. Horsham, PA 19044 | | McNeil and Johnson & Johnson Corporate Employee |
| Gates, M.D. | Barbara | 7050 Camphill Road Fort Washington, PA 19034 Johnson & Johnson Legal Department 1 Johnson & Johnson Plaza New Brunswick, NJ 08933 J&J Pharm 100 Tournament Dr. Horsham, PA 19044 | | McNeil and Johnson & Johnson Corporate Employee |
| Hammes | Craig | 7050 Camphill Road Fort Washington, PA 19034 Johnson & Johnson Legal Department 1 Johnson & Johnson Plaza New Brunswick, NJ 08933 J&J Pharm 100 Tournament Dr. Horsham, PA 19044 | | McNeil and Johnson & Johnson Corporate Employee |
| Helzner | Eileen | 7050 Camphill Road Fort Washington, PA 19034 Johnson & Johnson Legal Department 1 Johnson & Johnson Plaza New Brunswick, NJ 08933 J&J Pharm 100 Tournament Dr. Horsham, PA 19044 | | McNeil and Johnson & Johnson Corporate Employee |
| Hough | Douglas | 7050 Camphill Road Fort Washington, PA 19034 Johnson & Johnson Legal Department 1 Johnson & Johnson Plaza New Brunswick, NJ 08933 J&J Pharm 100 Tournament Dr. Horsham, PA 19044 | | McNeil and Johnson & Johnson Corporate Employee |

| Kim (And All legal counsel Employed by J&J Legal Department) | John | 7050 Camphill Road Fort Washington, PA 19034 Johnson & Johnson Legal Department 1 Johnson & Johnson Plaza New Brunswick, NJ 08933 J&J Pharm 100 Tournament Dr. Horsham, PA 19044 | | McNeil and Johnson & Johnson Corporate Employee |
|---|---|---|---|---|
| Kutsop | Joe | 7050 Camphill Road Fort Washington, PA 19034 Johnson & Johnson Legal Department 1 Johnson & Johnson Plaza New Brunswick, NJ 08933 J&J Pharm 100 Tournament Dr. Horsham, PA 19044 | | McNeil and Johnson & Johnson Corporate Employee |
| Miyamoto | Donna | 7050 Camphill Road Fort Washington, PA 19034 Johnson & Johnson Legal Department 1 Johnson & Johnson Plaza New Brunswick, NJ 08933 J&J Pharm 100 Tournament Dr. Horsham, PA 19044 | | McNeil and Johnson &Johnson Corporate Employee |
| Nelson, M.D. | Edward | 7050 Camphill Road Fort Washington, PA 19034 Johnson & Johnson Legal Department 1 Johnson & Johnson Plaza New Brunswick, NJ 08933 J&J Pharm 100 Tournament Dr. Horsham, PA 19044 | | McNeil and Johnson &Johnson Corporate Employee |
| Oliver | Paula | 7050 Camphill Road Fort Washington, PA 19034 Johnson & Johnson Legal Department 1 Johnson & Johnson Plaza New Brunswick, NJ 08933 J&J Pharm 100 Tournament Dr. Horsham, PA 19044 | | McNeil and Johnson & Johnson Corporate Employee |
| Peck, M.D. | Carl | 5955 Balm Ridge Way San Luis Obispo, CA 93401 | (805)541-2581 | Fact witness according to McNeil Expert for Defendant in *Persaud v. Johnson & Johnson* |

9

| Plantz | Laura | 7050 Camphill Road<br>Fort Washington, PA 19034<br>Johnson & Johnson Legal<br>Department<br>1 Johnson & Johnson Plaza<br>New Brunswick, NJ 08933<br>J&J Pharm<br>100 Tournament Dr.<br>Horsham, PA 19044 | | McNeil and Johnson & Johnson<br>Corporate Employee |
| Rubincam | Michele | 7050 Camphill Road<br>Fort Washington, PA 19034<br>Johnson & Johnson Legal<br>Department<br>1 Johnson & Johnson Plaza<br>New Brunswick, NJ 08933<br>J&J Pharm<br>100 Tournament Dr.<br>Horsham, PA 19044 | | McNeil and Johnson & Johnson<br>Corporate Employee |
| Schoenlwald | Sandra | 7050 Camphill Road<br>Fort Washington, PA 19034<br>Johnson & Johnson Legal<br>Department<br>1 Johnson & Johnson Plaza<br>New Brunswick, NJ 08933<br>J&J Pharm<br>100 Tournament Dr.<br>Horsham, PA 19044 | | McNeil and Johnson & Johnson<br>Corporate Employee |

Records custodians of all of the healthcare facilities and healthcare providers designated above to every extent necessary to establish the admissibility of medical records and/or to demonstrate the reasonableness and necessary nature of all medical billings.

All witnesses called by the defense.

McNeil Witnesses.